UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                      Chapter 13
                                                            Case No.: 21-70139-reg

     DONNA MIRIAM HOPPER,

               Debtor.
-------------------------------------------------------------------X

## ORDER

For the reasons set forth in the Court's Memorandum Decision dated August 5, 2021, the

Motion by the Debtor is granted with respect to the Debtor's request to strip off the lien of Real

Time as wholly unsecured pursuant to Bankruptcy Code §§ 1322, 1325 and 506(a) and is denied

with respect to the Debtor's request to reduce the claim of Real Time to zero.



**Dated: Central Islip, New York**
        **August 5, 2021**

                                    **Robert E. Grossman**
                           **United States Bankruptcy Judge**